UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BETTY A. JOHNSON**                                            **CIVIL ACTION**

**VERSUS**                                                                  **No. 09-4400**

**DAVIS PRO, ET AL.**                                              **SECTION I/2**

## ORDER

Considering the foregoing joint motion to dismiss third party complaint,[1]

**IT IS ORDERED** that the motion is **GRANTED** and that claims in the third party complaint, filed by Davis Professional Accounting Services, L.L.C., against Multi Task, L.L.C.; Penn American Insurance Company, and American Empire Surplus Lines are hereby **DISMISSED WITHOUT PREJUDICE**, each party to bear its own costs.

*[signature]*
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 33.